**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| RICHARD SIMKINS, III, | :    Case No. 3:19-cv-227 |
|      Plaintiff, | : |
| vs. | :    District Judge Walter H. Rice |
| | :    Magistrate Judge Peter B. Silvain, Jr. |
| CHRISTOPHER MCINTOSH, *et al.*, | : |
|      Defendants. | : |

---

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. #111), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.     Defendant Blake's Motion for Judgment on the Pleadings (Doc. #96) is GRANTED; and

2.     All claims against Defendant Joseph Blake, M.D., are DISMISSED.

August 17, 2021

Walter H. Rice
United States District Judge