UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| RICHARD SIMKINS, III, | : Case No. 3:19-cv-227 |
| Plaintiff, | : |
| vs. | : District Judge Walter H. Rice |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| CHRISTOPHER MCINTOSH, *et al.*, | : |
| Defendants. | : |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. #191), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

It is therefore **ORDERED** that:

Defendant Stefanie Horne's Motion to Dismiss (Doc. #163) is **DENIED**.

February 8, 2024

*Walter H. Rice*
Walter H. Rice
United States District Judge