AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| RICHARD L. SIMKINS, III | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:19-CV-227 |
| CHRISTOPHER MCINTOSH, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of Defendants and against Plaintff and Terminating the Case on the Court's Docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice   Sustaining Motions to Dismiss of Defendants Nicholas Brienza, Joseph Wiley, Craig Wolf, Andrew Lane and Joshua Spears, Dayton Osteopathic Hospital d/b/a Grandview Hospital, Kettering Adventists Healthcare d/b/a Kettering Health Network (n/k/a Kettering Health), Loredel E. Corneja, Nicole Van Horne, David Jenkins, Shawn Louis Marein, Shannon Ravine and Stefanie K. Horne, MD; Plaintiff's First Amended Complaint is Dismissed with Prejudice; Kettering Defendants' Counterclaim is Dismissed without Prejudice to Refiling in a State Court of Competent Jurisdiction.

Date: May 7, 2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*